UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>                     Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>                     Defendant. | Case No. 2:19-cv-03846<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Honorable Harvey Bartle III |

**NOTICE AND MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE THAT Plaintiffs Liberty Resources, Inc; Disabled in Action of Pennsylvania; Philadelphia ADAPT; Tony Brooks; Liam Dougherty; Fran Fulton; and Louis Olivo, on behalf of themselves and all others similarly situated, hereby respectfully move this Honorable Court for an order certifying the above-titled action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2).

As set forth more fully in the accompanying brief, Plaintiffs easily satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) of the Federal Rules of Civil Procedure. This class is also appropriate for certification under Rule 23(b)(2) because Defendant has acted or refused to act with regard to the class as a whole.

This motion is based upon this Notice and Motion; the accompanying brief; the attached declarations and exhibits; all pleadings and papers on file in this action; and any argument or evidence that may be presented at the hearing in this matter, if a hearing is deemed necessary.

| | |
|---|---|
| Dated:  April 7, 2020 | /s/ Meredith J. Weaver<br>Meredith J. Weaver*<br>CA Bar # 299328<br>mweaver@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center Street, Fourth Floor<br>Berkeley, CA 94704-1204<br>Tel: (510) 665-8644<br>Fax: (510) 665-8511<br><br>David Ferleger<br>david@ferleger.com<br>DAVID FERLEGER LAW OFFICE<br>413 Johnson St.<br>Jenkintown, PA 19046<br>Tel: (215) 887-0123<br><br>Michelle Caiola*<br>mcaiola@dralegal.org<br>Andrea Kozak-Oxnard*<br>akozakoxnard@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>655 Third Avenue, 14th Floor<br>New York, NY 10017-5621<br>Tel: (212) 644-8644<br>Fax: (212) 644-8636<br><br>*Attorneys for Plaintiffs*<br><br>*Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE CITY OF PHILADELPHIA<br><br>Defendant | Case No. 2:19-cv-03846<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that the foregoing **PLAINTIFFS' NOTICE AND MOTION FOR CLASS CERTIFICATION** is hereby filed electronically and available for viewing and downloading from the ECF system; and has been served on Defendant's counsel by ECF's electronic notification today, April 7, 2020.


By: /s/ Meredith J. Weaver
    Meredith J. Weaver*
    CA Bar # 299328
    mweaver@dralegal.org
    DISABILITY RIGHTS ADVOCATES
    2001 Center Street, Fourth Floor
    Berkeley, CA 94704-1204
    Tel: (510) 665-8644
    Fax: (510) 665-8511

    *Attorney for Plaintiffs*

    *Admitted *pro hac vice*