IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY RESOURCES, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 19-3846 |

<u>ORDER</u>

AND NOW, this 7th day of July, 2020, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for class certification (Doc. # 34) is GRANTED;

(2) a class of all persons with disabilities or impairments that affect their mobility—including, for example, people who use wheelchairs or other mobility devices, as well as those who are blind or have low vision— and who use or will use pedestrian rights of way in the City of Philadelphia is hereby CERTIFIED pursuant to Rules 23(a) and (b)(2) of the Federal Rules of Civil Procedure;

(3) Plaintiffs Liberty Resources, Inc., Disabled in Action of Pennsylvania, Inc., Philadelphia ADAPT, Tony Brooks, Liam Dougherty, Fran Fulton, and Louis Olivo are hereby appointed as class representatives pursuant to Rule 23(a) of the Federal Rules of Civil Procedure; and

- 2 -

(4)  the David Ferleger Law Office and Disability Rights Advocates are hereby appointed as counsel for the class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ Harvey Bartle III
                                                   J.