IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY RESOURCES, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA, et al. | : | NO. 19-3846 |

ORDER

AND NOW, this 5th day of August, 2020, it is hereby ORDERED that:

(1)  the motion of plaintiffs for entry of a final judgment under Rule 54(b) of the Federal Rules of Civil Procedure on the Court's July 6, 2020 dismissal of the plaintiffs' program access claims (Doc. # 54) is DENIED; and

(2)  the alternative motion of plaintiffs to modify the Court's July 6, 2020 Order (Doc. # 50) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.