```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LIBERTY RESOURCES, INC., et al : CIVIL ACTION
:
v. :
:
THE CITY OF PHILADELPHIA : NO. 19-3846

NOTICE TO COUNSEL

Please be advised that oral argument on the Cross Motions for Summary Judgment (Docs.# 79, 80 and 84) will be held on **September 15, 2021 at 10:30 a.m.** in Courtroom 16-A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

/s/ Kristin R. Makely
_____
Kristin R. Makely
Deputy Clerk to Judge Bartle
(267) 299-7389

9/7/2021