# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **LIBERTY RESOURCES, INC., et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **V.** | : | **Case Number** |
| | : | **19-cv-3846** |
| **CITY OF PHILADELPHIA,** | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## WITHDRAWAL OF APPEARANCE

Kindly enter my Withdrawal of Appearance in the above-captioned action.

Respectfully submitted,

*/s/ Eleanor N. Ewing*

Eleanor N. Ewing

Chief Deputy City Solicitor

City of Philadelphia Law Department

1515 Arch Street, 15th Floor

Philadelphia, PA 19102

(215) 683-5012

eleanor.ewing@phila.gov

*Attorney for Defendant City of Philadelphia*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021. I caused a true and correct copy of the Withdrawal of Appearance of Eleanor N. Ewing to be served via the Court's electronic filing system on all counsel or parties of record.


/s/ Eleanor N. Ewing
ELEANOR N. EWING