IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY RESOURCES, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 19-3846 |

ORDER

AND NOW, this 27th day of October, 2021, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for partial summary judgment (Doc. # 79) is DENIED;

(2) the motion of the City of Philadelphia for partial summary judgment (Doc. # 80) is GRANTED with respect to sites on all streets outside of the City of Philadelphia's jurisdiction, including those streets under the exclusive jurisdiction and control of the Commonwealth of Pennsylvania;

(3) the motion of the City of Philadelphia for partial summary judgment is GRANTED to the extent that plaintiffs seek relief based on the general policies of the City of Philadelphia concerning curb ramps without reference to violations of the ADA at specific locations; and

(4) the motion of the City for partial summary judgment on statute of limitations grounds is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
　　　　　　　　　　　　　　J.