IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Liberty

v.

The City of Philadelphia

Civil Action

No.: 2:19-cv-03846-HB

ORDER

AND NOW, this 27th day of October 2021, it is hereby

ORDERED that the application of Rebecca C. Serb, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

/s/ Harvey Bartle III
                    J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.