```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIBERTY RESOURCES, INC., et al.   :     CIVIL ACTION
                                  :
     v.                           :
                                  :
CITY OF PHILADELPHIA              :     NO. 19-3846
                                  :
```

ORDER

AND NOW, this 4th day of November, 2021, it is hereby ORDERED that the motion of plaintiffs to Strike Portions of the Declaration of Michael A. Carroll (Doc. # 84) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                  J.