IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIBERTY RESOURCES, INC., et al.    :        CIVIL ACTION
                                   :
        v.                         :
                                   :
CITY OF PHILADELPHIA               :        NO. 19-3846
                                   :

ORDER

AND NOW, this 10th day of November, 2021, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  Paragraphs 7 and 8 of the Fourth Scheduling Order (Doc. # 76) is VACATED.

(2)  The parties shall file and serve pretrial memoranda on or before December 13, 2021.

(3)  The pretrial memoranda shall identify the significant legal issues involved in the case, together with appropriate citations and other legal authority.

(4)  The case will be placed in the trial pool on January 3, 2022.

(5)  Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The Court should be supplied with two (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                      J.