IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LIBERTY RESOURCES, INC.,          :      CIVIL ACTOIN
et al.                            :
                                  :
          v.                      :
                                  :
THE CITY OF PHILADELPHIA          :      NO. 19-3846

ORDER

AND NOW, this 21st day of December, 2021, it is hereby

ORDERED that the above-captioned case is SPECIALLY LISTED for a

non-jury trial to commence on February 2, 2022 at 9:30 A.M. in

Courtroom 16A, United States Courthouse, 601 Market Street,

Philadelphia, Pennsylvania.  Trial is expected to last 4 days.


Trial counsel:
David Ferleger
Meredith J. Weaver
Rebecca C. Serbin
Rebecca J. Sobie
Diana P. Cortes
Benjamin H. Field
Kymberly K. Evanson
Paul J. Lawrence
Sean J. McGrath


ATTEST:                              or   BY THE COURT:


/s/ Cheryl Stormes
_____              _____
Cheryl Stormes, Deputy Clerk         Harvey Bartle III, J.


ecf:  Counsel
cc:   Imma Goldshteyn, Clerk's Office