IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY RESOURCES, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA | : | |
| | : | NO.  19-3846 |
| | : | |
| | : | |

O R D E R

AND NOW, this 10th day of January, 2022, IT IS HEREBY ORDERED that a **TELEPHONIC** settlement status conference is scheduled before the undersigned on **WEDNESDAY, JANUARY 19, 2022, at 9:00 A.M.** The Court's Conference Line is 1-571-353-2300 then enter 544200131#.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call.  In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE