UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>Defendant. | Case No. 2:19-cv-03846-HB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S FIRST MOTION *IN LIMINE*** |

Defendant the City of Philadelphia has moved for an order granting its Motion *In Limine* to exclude certain evidence from admission at trial. ECF No. 109. Plaintiffs oppose this motion. ECF No. 110.

Having considered the Parties' papers, IT IS HEREBY ORDERED that Defendant's Motion *In Limine*, ECF No. 109, is DENIED in full.

**IT IS SO ORDERED.**


DATED: _____  _____
                                         Honorable Harvey Bartle III
                                         Senior United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC, et al.,<br><br>              Plaintiffs,<br>v.<br><br>THE CITY OF PHILADELPHIA<br><br>              Defendant | Case No. 2:19-cv-03846<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that the foregoing **[PROPOSED] ORDER DENYING DEFENDANT'S FIRST MOTION *IN LIMINE*** is hereby filed electronically and available for viewing and downloading from the ECF system; and has been served on Defendant's counsel by ECF's electronic notification today, January 12, 2022.

By: _/s/ Meredith J. Weaver_
Meredith J. Weaver*
mweaver@dralegal.org
CA Bar No. 299328
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644

*Attorney for Plaintiffs*