# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO, | No. 19-cv-03846 |

                                    Plaintiffs,

-against-

THE CITY OF PHILADELPHIA,

                                    Defendant.

**PLAINTIFFS' SECOND SUPPLEMENTAL DISCLOSURES**

## I.       PRELIMINARY STATEMENT

Plaintiffs hereby further supplement their initial disclosures under Federal Rule of Civil Procedure 26(e)(1)(A).  Plaintiffs reserve the right to again supplement these disclosures in the event that they obtain additional information or documents that are subject to the initial disclosure requirements.

This Supplemental Disclosure is made based upon the information presently known to Plaintiffs and is provided without prejudice to producing during discovery or at trial, information or documents that are (i) subsequently discovered; (ii) subsequently determined to be relevant for any purpose; or (iii) subsequently determined to have been inadvertently omitted from this Supplemental Disclosure Statement.

This information is true and correct to the best of Plaintiffs' knowledge at this time and is subject to correction for inadvertent errors or omissions, if any errors or omissions are subsequently discovered.  By making these disclosures, Plaintiffs are not conceding the admissibility of any information disclosed and do not waive any future objections regarding the admissibility of the information disclosed.

## II. DISCLOSURES

### A. <u>Individuals</u>

Each of the below individuals is believed to have information related to (1) the City of Philadelphia's efforts (or lack thereof) at making and maintaining its pedestrian rights of way as accessible to people with disabilities that affect mobility, and (2) the City of Philadelphia's policies, practices, and procedures in making its pedestrian rights of way accessible to individuals with disabilities that affect mobility. All Plaintiffs and proposed class members can be contacted through Plaintiffs' counsel of record.

- Latoya Maddox, Organizer, Philly ADAPT, c/o Plaintiffs' counsel

- Kenneth Brown, c/o Plaintiffs' counsel

- Caitlin Chasar, c/o Plaintiffs' counsel

- Orlando Acosta, c/o Plaintiffs' counsel

### B. <u>Documents</u>

Plaintiffs serve herewith as P000207- P000211 copies of additional documents, data compilations, and tangible things that are in the possession, custody, or control of Plaintiffs and that Plaintiffs may use to support their claims, unless solely for impeachment. Plaintiffs' collection, review, and analysis of documents is continuing, and Plaintiffs reserve the right to further supplement this list pursuant to Rule 26(e)(1).

DATED: April 6, 2020

*A. Kozak-Oxnard*
_____
Andrea Kozak-Oxnard
akozakoxnard@dralegal.org
Michelle Caiola
mcaiola@dralegal.org
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644

Meredith J. Weaver
mweaver@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644

David Ferleger
david@ferleger.com
DAVID FERLEGER LAW OFFICE
413 Johnson St.
Jenkintown, PA 19046
Tel: (215) 887-0123

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO,<br><br>                      Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>                      Defendant. | No. 19-cv-03846 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' SECOND SUPPLEMENTAL**

**DISCLOSURES** were served on Defendant's counsel by email to all counsel of record on April

6, 2020.

Dated: April 6, 2020

*A. Kozak-Oxnard*
_____
Andrea Kozak-Oxnard
akozakoxnard@dralegal.org
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644

*Attorney for Plaintiffs*