# Exhibit D

| | |
|---|---|
| LIBERTY RESOURCES, INC., et al.,<br><br>Plaintiffs,<br><br>V.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | Case No. 2:19-cv-03846-HB<br><br>**DEFENDANT'S<br>RULE 26(A)(2) EXPERT<br>DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant City of Philadelphia designates the following individual expert witnesses who may testify at trial:

1. Dr. S. Lynne Stokes, Director, Data Science Institute, Southern Methodist University, Dallas, TX. A copy of Dr. Stokes's expert report prepared in this matter is served herewith and contains a statement of her opinions and the basis for them. In her testimony, Dr. Stokes will address the matters contained in that report and may also respond to any opinions presented by Plaintiffs' experts relating to these matters. Dr. Stokes's qualifications, experience and publications are described in her curriculum vitae, provided with her report as Appendix D. A list of cases in which Dr. Stokes has provided expert testimony in the last 4 years either at trial or in deposition is provided with her report as Appendix E. A statement of Dr. Stokes's compensation is contained in her report. In drafting her report and forming her opinions, Dr. Stokes relied upon the facts and data discussed in her report and identified in Appendix F thereto.

2. Bill Hecker, Accessibility Consultant, Hecker Design, LLC. A copy of Mr. Hecker's expert report prepared in this matter is served herewith and contains a statement of his opinions and the basis for them. In his testimony, Mr. Hecker will address the matters contained in that

report and may also respond to any opinions presented by Plaintiffs' experts relating to these matters. Mr. Hecker's qualifications and experience are described in his curriculum vitae, attached as Exhibit I to his expert report, and includes lists of Mr. Hecker's publications over the past 10 years and cases in which he has provided expert testimony in the last 25 years either at trial or in a deposition. A statement of Mr. Hecker's compensation is contained in his report. In drafting his report and forming his opinions, Mr. Hecker relied upon the facts and data discussed in his report and identified in Exhibit III thereto.

Dated: June 11, 2021

By: *s/ Kymberly K. Evanson*
Kymberly K. Evanson, *Admitted Pro Hac Vice*
Paul L. Lawrence, *Admitted Pro Hac Vice*
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700
Kymberly.Evanson@pacificalawgroup.com

Diana P. Cortes
City Solicitor, City of Philadelphia
Eleanor Ewing
Chief Deputy City Solicitor
Benjamin Field
Divisional Deputy City Solicitor
Sean McGrath
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5038
Diana.Cortes@phila.gov

*Attorneys for Defendant City of Philadelphia*