# Exhibit F

Excerpted Material

|  | H | I | J | L | O | P | Q |
|---|---|---|---|---|---|---|---|
| 1 | Maintenance District & Responsibility | | Intersetion related to the ramp point | | Data related to Paving segments (with paving dates since 1/1/1993) | | |
| 2 | HIGHWAY DIST | RESPONSIBILITY | INTERSECTION | GPIS_RESURF | ON_STREET | FROM_STREET | TO_STREET |
| 58818 | 6 | CITY | BLEIGH AVE & PENNWAY ST | 9/15/2017 | BLEIGH AVE | PENNWAY ST | DORCAS ST |
| 58819 | 6 | CITY | BLEIGH AVE & PENNWAY ST | 9/18/2017 | BLEIGH AVE | WHITAKER AVE | PENNWAY ST |
| 58820 | 6 | CITY | BLEIGH AVE & PENNWAY ST | 9/15/2017 | BLEIGH AVE | PENNWAY ST | DORCAS ST |
| 58821 | 6 | CITY | BLEIGH AVE & PENNWAY ST | 9/18/2017 | BLEIGH AVE | WHITAKER AVE | PENNWAY ST |
| 59174 | 5, 6 | CITY | BLEIGH AVE & MONTOUR ST | 6/22/2016 | MONTOUR ST | COTTMAN AVE | BLEIGH AVE |
| 59175 | 6 | CITY | BLEIGH AVE & MONTOUR ST | 9/18/2017 | BLEIGH AVE | MONTOUR ST | DUNGAN RD |
| 59176 | 5, 6 | CITY | BLEIGH AVE & MONTOUR ST | 6/22/2016 | MONTOUR ST | COTTMAN AVE | BLEIGH AVE |
| 59177 | 6 | CITY | BLEIGH AVE & MONTOUR ST | 9/19/2017 | BLEIGH AVE | CLARIDGE ST | MONTOUR ST |
| 59178 | 6 | CITY | BLEIGH AVE & MONTOUR ST | 9/18/2017 | BLEIGH AVE | MONTOUR ST | DUNGAN RD |
| 59179 | 6 | CITY | BLEIGH AVE & MONTOUR ST | 6/22/2016 | MONTOUR ST | BLEIGH AVE | SHELMIRE AVE |
| 59180 | 6 | CITY | BLEIGH AVE & MONTOUR ST | 9/19/2017 | BLEIGH AVE | CLARIDGE ST | MONTOUR ST |
| 59181 | 6 | CITY | BLEIGH AVE & MONTOUR ST | 6/22/2016 | MONTOUR ST | BLEIGH AVE | SHELMIRE AVE |
| 65299 | 5, 6 | CITY | BLEIGH AVE & TABOR AVE | 1/1/1994 | TABOR AVE | COTTMAN AVE | BLEIGH AVE |
| 65300 | 6 | CITY | BLEIGH AVE & TABOR AVE | 9/19/2017 | BLEIGH AVE | TABOR AVE | CLARIDGE ST |
| 65302 | 5, 6 | CITY | BLEIGH AVE & TABOR AVE | 1/1/1994 | TABOR AVE | COTTMAN AVE | BLEIGH AVE |
| 65303 | 6 | CITY | BLEIGH AVE & TABOR AVE | 9/19/2017 | BLEIGH AVE | LAWNDALE ST | TABOR AVE |
| 65305 | 6 | CITY | BLEIGH AVE & TABOR AVE | 9/19/2017 | BLEIGH AVE | TABOR AVE | CLARIDGE ST |
| 65308 | 6 | CITY | BLEIGH AVE & TABOR AVE | 1/1/1998 | TABOR AVE | BLEIGH AVE | SHELMIRE AVE |
| 65310 | 6 | CITY | BLEIGH AVE & TABOR AVE | 9/19/2017 | BLEIGH AVE | LAWNDALE ST | TABOR AVE |
| 65311 | 6 | CITY | BLEIGH AVE & TABOR AVE | 1/1/1998 | TABOR AVE | BLEIGH AVE | SHELMIRE AVE |
| 65345 | 5, 6 | CITY | BINGHAM ST & BLEIGH AVE | 10/18/2005 | BINGHAM ST | COTTMAN AVE | BLEIGH AVE |
| 65346 | 6 | CITY | BINGHAM ST & BLEIGH AVE | 9/19/2017 | BLEIGH AVE | BINGHAM ST | LAWNDALE ST |
| 65350 | 5, 6 | CITY | BINGHAM ST & BLEIGH AVE | 10/18/2005 | BINGHAM ST | COTTMAN AVE | BLEIGH AVE |
| 65351 | 6 | CITY | BINGHAM ST & BLEIGH AVE | 9/19/2017 | BLEIGH AVE | PALMETTO ST | BINGHAM ST |
| 65352 | 6 | CITY | BINGHAM ST & BLEIGH AVE | 9/19/2017 | BLEIGH AVE | BINGHAM ST | LAWNDALE ST |
| 65353 | 6 | CITY | BINGHAM ST & BLEIGH AVE | 10/18/2005 | BINGHAM ST | BLEIGH AVE | SHELMIRE AVE |
| 65354 | 6 | CITY | BINGHAM ST & BLEIGH AVE | 9/19/2017 | BLEIGH AVE | PALMETTO ST | BINGHAM ST |
| 65355 | 6 | CITY | BINGHAM ST & BLEIGH AVE | 10/18/2005 | BINGHAM ST | BLEIGH AVE | SHELMIRE AVE |
| 65376 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 10/7/2005 | RISING SUN AVE | OXFORD AVE | BLEIGH AVE |
| 65377 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 9/19/2017 | BLEIGH AVE | RISING SUN AVE | PALMETTO ST |
| 65380 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 10/7/2005 | RISING SUN AVE | OXFORD AVE | BLEIGH AVE |
| 65383 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 9/18/2017 | BLEIGH AVE | OXFORD AVE | RISING SUN AVE |
| 65384 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 9/19/2017 | BLEIGH AVE | RISING SUN AVE | PALMETTO ST |
| 65385 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 10/17/2005 | RISING SUN AVE | BLEIGH AVE | SHELMIRE AVE |
| 65386 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 9/18/2017 | BLEIGH AVE | OXFORD AVE | RISING SUN AVE |
| 65387 | 6 | CITY | BLEIGH AVE & RISING SUN AVE | 10/17/2005 | RISING SUN AVE | BLEIGH AVE | SHELMIRE AVE |
| 73817 | 5 | CITY | ADAMS AVE & CHURCH ST | 10/21/2017 | ADAMS AVE | FACTORY ST | CHURCH ST |
| 73834 | 5 | CITY | ADAMS AVE & HORROCKS ST | 10/21/2017 | ADAMS AVE | HORROCKS ST | E WINGOHOCKING ST |
| 73836 | 5 | CITY | ADAMS AVE & HORROCKS ST | 1/1/2000 | HORROCKS ST | ADAMS AVE | UNITY ST |
| 73847 | 5 | CITY | ADAMS AVE & CHURCH ST | 10/21/2017 | ADAMS AVE | RUAN ST | CHURCH ST |

|  | H | I | J | L | O | P | Q |
|---|---|---|---|---|---|---|---|
| 1 |  Maintenance District & Responsibility |  | Intersetion related to the ramp point |  | Data related to Paving segments (with paving dates since 1/1/1993) | | |
| 2 | HIGHWAY DIST | RESPONSIBILITY | INTERSECTION | GPIS_RESURF | ON_STREET | FROM_STREET | TO_STREET |
| 73848 | 5 | CITY | ADAMS AVE & HORROCKS ST | 1/1/2000 | HORROCKS ST | ADAMS AVE | UNITY ST |
| 73850 | 5 | CITY | ADAMS AVE & CHURCH ST | 10/21/2017 | ADAMS AVE | RUAN ST | CHURCH ST |
| 73851 | 5 | CITY | ADAMS AVE & CHURCH ST | 10/21/2017 | ADAMS AVE | FACTORY ST | CHURCH ST |
| 73868 | 5 | CITY | ADAMS AVE & HORROCKS ST | 10/21/2017 | ADAMS AVE | UNITY ST | HORROCKS ST |
| 73869 | 5 | CITY | ADAMS AVE & HORROCKS ST | 10/21/2017 | ADAMS AVE | UNITY ST | HORROCKS ST |
| 73870 | 5 | CITY | ADAMS AVE & HORROCKS ST | 10/21/2017 | ADAMS AVE | HORROCKS ST | E WINGOHOCKING ST |
| 73915 | 5 | CITY | ADAMS AVE & CHURCH ST | 10/19/2017 | CHURCH ST | ADAMS AVE | ELIZABETH ST |
| 73916 | 5 | CITY | ADAMS AVE & CHURCH ST | 10/19/2017 | CHURCH ST | ADAMS AVE | ELIZABETH ST |
| 84150 | 2 | CITY | S 20TH ST & MORRIS ST | 6/4/2018 | S 20TH ST | MORRIS ST | WATKINS ST |
| 84151 | 2 | FAM | S 20TH ST & MORRIS ST | 10/30/2015 | MORRIS ST | S 19TH ST | S 20TH ST |
| 84152 | 2 | CITY | S 20TH ST & MORRIS ST | 6/4/2018 | S 20TH ST | MORRIS ST | WATKINS ST |
| 84154 | 2 | FAM | S 20TH ST & MORRIS ST | 4/25/2005 | MORRIS ST | S 20TH ST | S 21ST ST |
| 84156 | 2 | FAM | S 20TH ST & MORRIS ST | 10/30/2015 | MORRIS ST | S 19TH ST | S 20TH ST |
| 84158 | 2 | FAM | S 20TH ST & MORRIS ST | 4/25/2005 | MORRIS ST | S 20TH ST | S 21ST ST |
| 84159 | 2 | CITY | S 20TH ST & MORRIS ST | 6/4/2018 | S 20TH ST | MOUNTAIN ST | MORRIS ST |
| 84160 | 2 | CITY | S 20TH ST & MORRIS ST | 6/4/2018 | S 20TH ST | MOUNTAIN ST | MORRIS ST |
| 123946 | 3 | CITY | N BAMBREY ST & W MONTGOMERY AVE | 12/22/2004 | N BAMBREY ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 123947 | 3 | CITY | N BAMBREY ST & W MONTGOMERY AVE | 12/22/2004 | N BAMBREY ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124073 | 3 | CITY | N BAMBREY ST & W MONTGOMERY AVE | 9/12/2019 | W MONTGOMERY AVE | N STILLMAN ST | N BAMBREY ST |
| 124074 | 3 | CITY | N BAMBREY ST & W MONTGOMERY AVE | 9/12/2019 | W MONTGOMERY AVE | N BAMBREY ST | N 26TH ST |
| 124075 | 3 | CITY | N BAMBREY ST & W MONTGOMERY AVE | 9/12/2019 | W MONTGOMERY AVE | N STILLMAN ST | N BAMBREY ST |
| 124076 | 3 | CITY | N BAMBREY ST & W MONTGOMERY AVE | 9/12/2019 | W MONTGOMERY AVE | N BAMBREY ST | N 26TH ST |
| 124646 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/25/2000 | N LAMBERT ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124647 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/25/2000 | N LAMBERT ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124650 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 1/1/1996 | N 21ST ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124651 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 1/1/1996 | N 21ST ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124652 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N 21ST ST |
| 124653 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N 21ST ST | N VAN PELT ST |
| 124656 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 8/19/2002 | N LAMBERT ST | W MONTGOMERY AVE | W BERKS ST |
| 124657 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 8/19/2002 | N LAMBERT ST | W MONTGOMERY AVE | W BERKS ST |
| 124659 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N 21ST ST |
| 124660 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N 21ST ST | N VAN PELT ST |
| 124662 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 1/1/1996 | N 21ST ST | W MONTGOMERY AVE | W BERKS ST |
| 124663 | 3 | CITY | N 21ST ST & W MONTGOMERY AVE | 1/1/1996 | N 21ST ST | W MONTGOMERY AVE | W BERKS ST |
| 124665 | 3 | FAM | N 22ND ST & W MONTGOMERY AVE | 1/1/2003 | N 22ND ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124666 | 3 | FAM | N 22ND ST & W MONTGOMERY AVE | 1/1/2003 | N 22ND ST | CECIL B MOORE AVE | W MONTGOMERY AVE |
| 124667 | 3 | CITY | N 22ND ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N VAN PELT ST | N 22ND ST |
| 124669 | 3 | CITY | W MONTGOMERY AVE & N VAN PELT ST | 1/1/1998 | N VAN PELT ST | W MONTGOMERY AVE | W BERKS ST |
| 124670 | 3 | CITY | N 22ND ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N 22ND ST | N CROSKEY ST |
| 124671 | 3 | CITY | W MONTGOMERY AVE & N VAN PELT ST | 1/1/1998 | N VAN PELT ST | W MONTGOMERY AVE | W BERKS ST |

|  | H | I | J | L | O | P | Q |
|---|---|---|---|---|---|---|---|
| 1 | Maintenance District & Responsibility | | Intersetion related to the ramp point | | Data related to Paving segments (with paving dates since 1/1/1993) | | |
| 2 | HIGHWAY DIST | RESPONSIBILITY | INTERSECTION | GPIS_RESURF | ON_STREET | FROM_STREET | TO_STREET |
| 124673 | 3 | CITY | N 22ND ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N VAN PELT ST | N 22ND ST |
| 124676 | 3 | FAM | N 22ND ST & W MONTGOMERY AVE | 1/1/1998 | N 22ND ST | W MONTGOMERY AVE | W BERKS ST |
| 124677 | 3 | CITY | N 22ND ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N 22ND ST | N CROSKEY ST |
| 124678 | 3 | FAM | N 22ND ST & W MONTGOMERY AVE | 1/1/1998 | N 22ND ST | W MONTGOMERY AVE | W BERKS ST |
| 124690 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 6/22/2006 | N 24TH ST | RIDGE AVE | W MONTGOMERY AVE |
| 124692 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 6/22/2006 | N 24TH ST | RIDGE AVE | W MONTGOMERY AVE |
| 124693 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N BUCKNELL ST | N 24TH ST |
| 124695 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N 24TH ST | N RINGGOLD ST |
| 124698 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N BUCKNELL ST | N 24TH ST |
| 124699 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N 24TH ST | N RINGGOLD ST |
| 124700 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 6/22/2006 | N 24TH ST | W MONTGOMERY AVE | W BERKS ST |
| 124747 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N LAMBERT ST |
| 124748 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N WOODSTOCK ST | N LAMBERT ST |
| 124749 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N LAMBERT ST |
| 124750 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N WOODSTOCK ST | N LAMBERT ST |
| 124751 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N 21ST ST |
| 124752 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N LAMBERT ST |
| 124753 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N 21ST ST |
| 124754 | 3 | CITY | N LAMBERT ST & W MONTGOMERY AVE | 9/13/2019 | W MONTGOMERY AVE | N LAMBERT ST | N LAMBERT ST |
| 124755 | 3 | CITY | W MONTGOMERY AVE & N VAN PELT ST | 9/13/2019 | W MONTGOMERY AVE | N VAN PELT ST | N 22ND ST |
| 124756 | 3 | CITY | W MONTGOMERY AVE & N VAN PELT ST | 9/13/2019 | W MONTGOMERY AVE | N 21ST ST | N VAN PELT ST |
| 124757 | 3 | CITY | W MONTGOMERY AVE & N VAN PELT ST | 9/13/2019 | W MONTGOMERY AVE | N VAN PELT ST | N 22ND ST |
| 124758 | 3 | CITY | W MONTGOMERY AVE & N VAN PELT ST | 9/13/2019 | W MONTGOMERY AVE | N 21ST ST | N VAN PELT ST |
| 124771 | 3 | CITY | N 24TH ST & W MONTGOMERY AVE | 6/22/2006 | N 24TH ST | W MONTGOMERY AVE | W BERKS ST |