DocuSign Envelope ID: 3576D553-CA06-406D-A06A-4D8002B22E22

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>                 Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>                 Defendant. | Case No. 2:19-cv-03846<br><br>**DECLARATION OF JONATHAN FULTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE***<br><br>Judge: Honorable Harvey Bartle III |

DocuSign Envelope ID: 3576D553-CA06-406D-A06A-4D8002B22E22

I, Jonathan Fulton, hereby declare:

1. I make this declaration based on my personal knowledge, and if called to testify, I could and would do so as follows:

2. Plaintiff Fran Fulton is my mother.

3. I live in Philadelphia, Pennsylvania.

4. On October 29, 2021, I visited the intersection of 17th Street and Ludlow Street with my mother and took a photograph of curb ramps on the northwestern and southwestern corners and the crosswalk between those ramps. That photograph is attached hereto as Exhibit A, Bates stamped P001895.

5. On October 27, 2021, I visited the intersection of Juniper Street and Walnut Street with my mother and took a photograph of curb ramps on the northwestern and northeastern corners and the crosswalk between those ramps. That photograph is attached hereto as Exhibit B, Bates stamped P001896.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2022 in Philadelphia, Pennsylvania.

Jonathan Fulton

DocuSign Envelope ID: 3576D553-CA06-406D-A06A-4D8002B22E22

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC, et al., <br><br> Plaintiffs, <br> v. <br> THE CITY OF PHILADELPHIA <br><br> Defendant | Case No. 2:19-cv-03846 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that the foregoing **DECLARATION OF JONATHAN FULTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*** is hereby filed electronically and available for viewing and downloading from the ECF system; and has been served on Defendant's counsel by ECF's electronic notification today, January 12, 2022.

By: _____
Meredith J. Weaver*
CA Bar # 299328
mweaver@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511

*Attorney for Plaintiffs*