# Exhibit A



P001895