# Exhibit B



P001896