# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>        Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>        Defendant. | Case No. 2:19-cv-03846<br><br>**DECLARATION OF MATTHEW PILLISCHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE***<br><br>Judge: Honorable Harvey Bartle III |

I, Matthew Pillischer, hereby declare:

1. I make this declaration based on my personal knowledge, and if called to testify, I could and would do so as follows:

2. I am over 21 years of age and live in Norristown, Pennsylvania. I work as a part-time assistant at the law office of David Ferleger.

3. I do not have a disability affecting my mobility and am not a Class member in this case.

4. In October 2021, I visited a number of intersections along Adams Avenue, Bleigh Avenue, W. Montgomery Avenue, and N. 20th Street in Philadelphia.

5. At each intersection that I visited, I took a photograph of the full intersection and a photograph of the pedestrian facilities at each corner.

6. On October 12, 2021 I visited Adams Avenue & Horrocks Street and took the photographs Bates stamped as P001897–1900 and attached hereto as Exh. 1.

7. On October 12, 2021 I visited Adams Avenue & Church Street and took the photographs Bates stamped as P001901–05 and attached hereto as Exh. 2.

8. On October 19, 2021 I visited Bleigh Avenue & Pennway Street and took the photographs Bates stamped as P001906–07 and P001910 and attached hereto as Exh. 3.

9. On October 19, 2021 I visited Bleigh Avenue & Montour Street and took the photographs Bates stamped as P001911–15 and attached hereto as Exh. 4.

10. On October 19, 2021 I visited Bleigh Avenue & Tabor Avenue and took the photographs Bates stamped as P001916–20 and attached hereto as Exh. 5.

11. On October 19, 2021 I visited Bleigh Avenue & Bingham Street and took the

photographs Bates stamped as P001921–25 and attached hereto as Exh. 6.

12. On October 19, 2021 I visited Bleigh Avenue & Rising Sun Avenue and took the photographs Bates stamped as P001926–30 and attached hereto as Exh. 7.

13. On October 26, 2021 I visited W. Montgomery Avenue & N. Lambert Street and took the photographs Bates stamped as P001931–32 and P001935–39 and attached hereto as Exh. 8.

14. On October 26, 2021 I visited W. Montgomery Avenue & N. 21st Street and took the photographs Bates stamped as P001940–44 and attached hereto as Exh. 9.

15. On October 26, 2021 I visited W. Montgomery Avenue & N. Van Pelt Street and took the photographs Bates stamped as P001945–49 and attached hereto as Exh. 10.

16. On October 26, 2021 I visited W. Montgomery Avenue & 22nd Street and took the photographs Bates stamped as P001950–54 and attached hereto as Exh. 11.

17. On October 26, 2021 I visited W. Montgomery Avenue & Judson Street and took the photographs Bates stamped as P001955–59 and attached hereto as Exh. 12.

18. On October 26, 2021 I visited Montgomery Avenue & N. 24th Street and took the photographs Bates stamped as P001960–64 and attached hereto as Exh. 13.

19. On October 26, 2021 I visited Montgomery Avenue & Bambrey Street and took the photographs Bates stamped as P001965–69 and attached hereto as Exh. 14.

20. On October 27, 2021 I visited S. 20th Street & Morris Street and took the photographs Bates stamped as P001975–79 and attached hereto as Exh. 15.

21. On October 27, 2021 I visited S. 20th Street & Montrose Street and took the photographs Bates stamped as P001980–84 and attached hereto as Exh. 16.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2022 in Norristown, Pennsylvania.

_____

Matthew Pillischer

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC, et al., <br><br> Plaintiffs, <br> v. <br><br> THE CITY OF PHILADELPHIA <br><br> Defendant | Case No. 2:19-cv-03846 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that the foregoing **DECLARATION OF MATTHEW PILLISCHER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*** is hereby filed electronically and available for viewing and downloading from the ECF system; and has been served on Defendant's counsel by ECF's electronic notification today, January 12, 2022.

Meredith J. Weaver*
CA Bar # 299328
mweaver@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511

*Attorney for Plaintiffs*

*Admitted *Pro Hac Vice*