# Exhibit 1



P001897



P001898



P001899

