# Exhibit 2



P001901



P001902



P001903



P001904



P001905