# Exhibit 3


P001906



P001907



P001910