# Exhibit 4





P001912



P001913



P001914



P001915