# Exhibit 5



P001916



P001917



P001918



P001919



P001920