# Exhibit 6



STOP
ALL WAY

25

P001921



25A

P001922



P001923

25C

25 D

P001925