# Exhibit 7



P001926



P001927



P001928



P001929



P001930