# Exhibit 8



P001931



P001932



47 D

P001935



P001936



P001937



P001938



P001939