# Exhibit 9



P001940



48 A

P001941





48 C

P001943



48 D

P001944