# Exhibit 10



P001945



P001946



P001947





P001949