# Exhibit 11



P001950



P001951



P001952



P001953



P001954