# Exhibit 12



P001955



P001956



53B

P001957



P001958



53 D

P001959