# Exhibit 13



P001960



P001961



P001962



P001963



P001964