# Exhibit 14



P001965



61 A

P001966





61 C

P001968



61 D

P001969