# Exhibit 15



P001975


P001976


P001977



P001978



P001979