# Exhibit 16



P001980



P001981



P001982



P001983

