IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY RESOURCES, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA | : | NO. 19-3846 |

ORDER

AND NOW, this 20th day of January, 2022, upon consideration of the parties' joint motion to stay trial and all pending case deadlines, it is hereby ORDERED that the motion is GRANTED and that trial, as well as all pending deadlines in this matter, shall be STAYED pending a joint settlement status report to be docketed no later than February 28, 2022.

BY THE COURT:


/s/ Harvey Bartle III
_____
                              J.