UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC.; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>Defendant. | Case No. 2:19-cv-03846-HB<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW REBECCA J SOBIE AS ATTORNEY FOR PLAINTIFFS<br><br>Judge: Honorable Harvey Bartle III |

WHEREAS Plaintiffs filed a Motion to Withdraw Rebecca J Sobie as Attorney in the matter pursuant to 5.1(c) of the Local Rules for the United States District Court for the Eastern District of Pennsylvania; and

WHEREAS the Court finds that neither prejudice nor delay will result from Ms. Sobie's withdrawal;

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted and Rebecca J Sobie shall be removed as counsel for Plaintiffs in this case. All future correspondence and papers in this action should continue to be directed to Meredith J. Weaver and Rebecca C. Serbin of Disability Rights Advocates and David Ferleger of David Ferleger Law Office, as counsel for Plaintiffs.

**IT IS SO ORDERED.**

DATED: __February 23__, 2022

/s/ Harvey Bartle III
Honorable Harvey Bartle III
United States District Judge