# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, <br><br> Defendant. | Case No. 2:19-cv-03846 HB <br><br> Honorable Harvey Bartle III |

## PLAINTIFFS LIBERTY RESOURCES INC., ET AL. AND DEFENDANT CITY OF PHILADELPHIA'S JOINT SETTLEMENT STATUS REPORT

On May 2, 2022 the Court ordered that trial and all pending deadlines in this matter be stayed pending further order of the Court and that the Parties submit a joint settlement status report no later than May 31, 2022. Consistent with that order, the Parties hereby jointly submit the following report regarding the status of the Parties' negotiations for the settlement of this matter.

Since this Court's May 2, 2022 order, the Parties have exchanged additional draft agreements and have engaged in multiple productive conferences. The Parties have now moved past principal terms and have begun negotiating fees.

The Parties remain committed to engaging in good-faith negotiations. As a result, the Parties respectfully request the opportunity to submit an additional joint settlement status report no later than June 30, 2022 to permit the time necessary for additional negotiation. The Parties are available at the Court's convenience should the Court wish to schedule a teleconference to discuss this settlement status report.

Respectfully submitted,

Dated: <u>May 31, 2022</u>

BY: */s/ Meredith J. Weaver*
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
Meredith J. Weaver*
mweaver@dralegal.org
Rebecca Serbin*
rserbin@dralegal.org
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636

David Ferleger
david@ferleger.com
DAVID FERLEGER LAW OFFICE
413 Johnson St.
Jenkintown, PA 19046
Tel: (215) 887-0123

*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*

BY: */s/ Kymberly K. Evanson*

Diana P. Cortes
City Solicitor
Benjamin Field
Chief Deputy City Solicitor
Sean McGrath
Deputy City Solicitor
**CITY OF PHILADELPHIA LAW DEPARTMENT**
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5038
diana.cortes@phila.gov

Kymberly K. Evanson, Admitted Pro Hac Vice
Paul L. Lawrence, Admitted Pro Hac Vice
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700
Kymberly.Evanson@pacificalawgroup.com

*Attorneys for Defendant City of Philadelphia*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | Case No. 2:19-cv-03846 HB<br><br><br>Honorable Harvey Bartle III |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, the foregoing Joint Settlement Status Report has been filed electronically and is available for viewing and downloading from the ECF system; and has been served on all counsel of record via the Court's ECF electronic notification.

Dated:  May 31, 2022 

By: *s/ Kymberly K. Evanson*
Diana P. Cortes
City Solicitor
Benjamin Field
Chief Deputy City Solicitor
Sean McGrath
Deputy City Solicitor
**CITY OF PHILADELPHIA LAW DEPARTMENT**
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5038
Diana.Cortes@phila.gov
Kymberly K. Evanson, *Admitted Pro Hac Vice*
Paul L. Lawrence, *Admitted Pro Hac Vice*
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700
Kymberly.Evanson@pacificalawgroup.com
*Attorneys for Defendant City of Philadelphia*