# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>      Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>      Defendant. | Case No. 2:19-cv-03846<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Judge: Honorable Harvey Bartle III |

Plaintiffs Liberty Resources, Inc., Disabled in Action of Pennsylvania, Inc., Philadelphia ADAPT, Tony Brooks, Liam Dougherty, Fran Fulton, and Louis Olivo; and Defendant City of Philadelphia respectfully move this Honorable Court for an order granting preliminary approval of the attached Settlement Agreement.

This motion is based upon this Notice; the accompanying Memorandum of Law; the declarations filed herewith including all supporting exhibits thereto.

Dated: October 14, 2022

BY: /s/ Meredith J. Weaver

DISABILITY RIGHTS ADVOCATES
Meredith J. Weaver*
mweaver@dralegal.org
CA Bar # 299328
Stuart Seaborn*
sseaborn@dralegal.org
2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511

Erin Gallagher*
egallagher@dralegal.org
Rebecca Serbin*
rserbin@dralegal.org
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636

BY: /s/ David Ferleger
DAVID FERLEGER LAW OFFICE
David Ferleger
david@ferleger.com
413 Johnson St.
Jenkintown, PA 19046
Tel: (215) 887-0123
*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

BY: /s/ Sean McGrath

Diana P. Cortes
City Solicitor
Benjamin Field
Chief Deputy City Solicitor
Sean McGrath
Deputy City Solicitor
**CITY OF PHILADELPHIA LAW DEPARTMENT**
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5038
diana.cortes@phila.gov

Kymberly K. Evanson, Admitted Pro Hac Vice
Paul L. Lawrence, Admitted Pro Hac Vice
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700
Kymberly.Evanson@pacificalawgroup.com

*Attorneys for Defendant City of Philadelphia*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LIBERTY RESOURCES, INC, et al., <br><br>         Plaintiffs, <br> v. <br><br> THE CITY OF PHILADELPHIA <br><br>         Defendant | Case No. 2:19-cv-03846 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that the foregoing **JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT** is hereby filed electronically and available for viewing and downloading from the ECF system; and has been served on Defendant's counsel by ECF's electronic notification today, October 14, 2022.

By: */s/ Meredith J. Weaver*
     Meredith J. Weaver*
     mweaver@dralegal.org
     CA Bar # 299328
     2001 Center Street, Fourth Floor
     Berkeley, CA 94704-1204
     Tel: (510) 665-8644
     Fax: (510) 665-8511
  *Admitted *Pro Hac Vice*