```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LIBERTY RESOURCES, INC., et al. : CIVIL ACTION
                                :
            v.                  :
                                :
CITY OF PHILADELPHIA            : NO. 19-3846

ORDER

AND NOW, this 27th day of October, 2022, it is hereby ORDERED that:

(1)  the motion in limine of defendant City of Philadelphia to exclude plaintiffs' evidence regarding previously undisclosed intersections (Doc. # 109) is DENIED without prejudice; and

(2)  the motion in limine of plaintiffs to exclude previously undisclosed witness David Dlugosz (Doc. # 113) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.