UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC.; DISABLED IN ACTION OF PENNSYLVANIA, INC; PHILADELPHIA ADAPT; TONY BROOKS; LIAM DOUGHERTY; FRAN FULTON; and LOUIS OLIVO;<br><br>                      Plaintiffs,<br>-against-<br><br>THE CITY OF PHILADELPHIA,<br><br>                      Defendant. | Case No. 2:19-cv-03846<br><br>**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Judge: Honorable Harvey Bartle III |

      Plaintiffs Liberty Resources, Inc., Disabled in Action of Pennsylvania, Inc., Philadelphia ADAPT, Tony Brooks, Liam Dougherty, Fran Fulton, and Louis Olivo; and Defendant City of Philadelphia (together, the "Parties") respectfully move this Honorable Court for an order granting final approval of the proposed settlement agreement filed with the Court at ECF No. 142-4 (the "Agreement"). The Parties request that this Court either conditionally grant final approval of the Agreement as set forth in the accompanying proposed order or withhold issuing an order granting final approval of the Agreement until after April 19, 2023, to allow for the full 90-day period for notice to all U.S. States and Territories pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(d).

      This motion is based upon this Notice; the accompanying Memorandum of Law; and the declarations filed herewith including all supporting exhibits thereto.

Dated: January 23, 2023

BY: /s/ Meredith J. Weaver

DISABILITY RIGHTS ADVOCATES
Meredith J. Weaver*
mweaver@dralegal.org
CA Bar # 299328
Stuart Seaborn*
sseaborn@dralegal.org
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511

Erin Gallagher*
egallagher@dralegal.org
Rebecca Serbin*
rserbin@dralegal.org
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636

BY: /s/ David Ferleger
DAVID FERLEGER LAW OFFICE
David Ferleger
david@ferleger.com
413 Johnson St.
Jenkintown, PA 19046
Tel: (215) 887-0123

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

BY: /s/ Sean McGrath

Diana P. Cortes
City Solicitor
Benjamin Field
Chief Deputy City Solicitor
Sean McGrath
Deputy City Solicitor
**CITY OF PHILADELPHIA LAW DEPARTMENT**
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5038
diana.cortes@phila.gov

Kymberly K. Evanson, Admitted Pro Hac Vice
Paul L. Lawrence, Admitted Pro Hac Vice
Pacifica Law Group LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700
Kymberly.Evanson@pacificalawgroup.com

*Attorneys for Defendant City of Philadelphia*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY RESOURCES, INC, et al.,<br><br>    Plaintiffs,<br>v.<br><br>THE CITY OF PHILADELPHIA<br><br>    Defendant | Case No. 2:19-cv-03846<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that the foregoing **JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** is hereby filed electronically and available for viewing and downloading from the ECF system; and has been served on Defendant's counsel and Counsel for Objectors by ECF's electronic notification today, January 23, 2023.

By: */s/ Meredith J. Weaver*
    Meredith J. Weaver*
    mweaver@dralegal.org
    CA Bar # 299328
    2001 Center Street, Third Floor
    Berkeley, CA 94704-1204
    Tel: (510) 665-8644
    Fax: (510) 665-8511
   *Admitted *Pro Hac Vice*