```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIBERTY RESOURCES, INC., et al.  :     CIVIL ACTION
                                 :
              v.                 :
                                 :
THE CITY OF PHILADELPHIA         :     NO. 19-3846
```

ORDER

AND NOW, this 21st day of March 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Mark Fultz, Thomas Hamill, Gregory Lasky, Dean Ragone, and Louis Veney to intervene in this action (Doc. # 148) is DENIED; and

(2) to the extent movants seek to dismiss the action, the motion is DENIED AS MOOT.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.