```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIBERTY RESOURCES, INC., et al.  :     CIVIL ACTION
                                 :
            v.                   :
                                 :
THE CITY OF PHILADELPHIA         :     NO. 19-3846
```

ORDER

AND NOW, this 1st day of May 2023, based on the findings of fact, conclusions of law, and reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the joint motion of the parties for final approval of settlement agreement (Doc. # 151) is GRANTED;

(2) the settlement agreement (Doc. # 142-4) is APPROVED as fair, reasonable, and adequate;

(3) the unopposed motion of plaintiffs for approval of attorney's fees and costs (Doc. # 152) is GRANTED;

(4) plaintiffs are awarded $949,178.93 in attorney's fees and $150,821.07 in costs related to this litigation against the City of Philadelphia for a total of $1,100,000; and

(5) the court retains jurisdiction to enforce the settlement; and

(6) the Clerk shall mark this action CLOSED.

BY THE COURT:

/s/ Harvey Bartle III
                                             J.